**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Presentacion VELA, III, Defendant–Appellant.**

**No. 03–20114
Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Sept. 25, 2003.

James Lee Turner, Assistant US Attorney, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Presentacion Vela, III, pro se, Houston, TX, for Defendant–Appellant.

Before BARKSDALE, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM.*

The Federal Public Defender has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the brief, Vela's response, and the record discloses no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from fur-

---

ther responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

** Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.